UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYRONE G. BARNEY,**<br>  3404 Victory Court<br>  Edgewater, MD  21037,<br><br>            **Plaintiff**<br>    v.<br><br>**HENRY M. PAULSON, JR.**<br>  Secretary of the Treasury<br>  1500 Pennsylvania Ave., N.W.<br>  Washington, D.C.  22020,<br><br>            **Defendant.** | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-986 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:          /s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739 / (202) 514-8780 (Facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2008, I caused the foregoing Notice of Appearance to be served on Counsel for the Plaintiff, Robert C. Seldon, Esquire, by the Court's Electronic Case Filing system or, if this means fails, then by U.S. mail, addressed as follows:

Robert C. Seldon, Esq.
ROBERT C. SELDON & ASSOCIATES, PC
1319 F Street, N.W.
Suite 200
Washington, D.C. 20004

/s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4917
Washington, D.C. 20530
(202) 616-0739