# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TYRONE G. BARNEY,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **Civil Action No. 08-0986 (CKK)** |
| | ) | |
| **HENRY M. PAULSON, JR.** | ) | |
| **Secretary of the Treasury,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S CONSENT MOTION FOR AN
## EXTENSION OF TIME TO FILE AN ANSWER OR
## OTHER RESPONSE TO THE COMPLAINT

The Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Complaint, from August 11, 2008, up to and including September 9, 2008. Counsel for the Plaintiff, Robert C. Seldon, has graciously consented to this motion. As grounds for this motion, Defendant submits the following:

Counsel for Defendant needs additional time in order to investigate the claims and defenses in this case. Specifically, Counsel for the Defendant must confer with a number of current and former officials of the U.S. Department of the Treasury in an effort to assess the claims and any available defenses. Moreover, Counsel for Defendant's demanding litigation schedule as well necessitates this request for an extension of time. Specifically, Counsel for Defendant has had a number of time-consuming litigation demands including discovery in the case of <u>Powers-Bunce v. District of Columbia, et al.</u>, C.A. No. 06-1586 (RMC) and <u>Johnson v. District of Columbia, et al.</u>, 02-2364 (RMC) (a class action suit against the U.S. Marshals Service). Counsel for the Defendant has had substantial filings due in <u>Lloyd v. Mukasey</u>, 97-1287 (PLF), <u>Gard v. Department of Education</u>, 00-1096 (PLF/DAR), and <u>Davis v. Mukasey</u>, C.A. No. 03-2531 (RBW). Counsel has

also actively been involved in mediation sessions in other civil actions, including <u>Jeffers v. Chao</u>, C.A. No. 03-1762 (RMC) <u>Kriesch v. Schafer</u>, C.A. No. 05-2402 (RMC), <u>Gilbert v. Chertoff</u>, C.A. No. 05-2128 (RJL), and <u>Obrycki v. Doan</u>, C.A. No. 05-0857 (RWR).  These and other personal and professional responsibilities of Counsel for the Defendant necessitate this requested extension until September 9, 2008.

WHEREFORE, Defendant submits that this motion for an extension of time up to and including September 9, 2008, to file a response to the Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610


By:      _____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 5th day of August, 2008, I caused the foregoing **Defendant's**

**Consent Motion for an Extension of Time to File an Answer or Other Response to the**

**Complaint** to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this

means fails, then by U.S. mail, postage prepaid, addressed as follows:

Robert C. Seldon, Esq.
ROBERT C. SELDON & ASSOCIATES, PC
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004


                                    _____/s/_____
                                    OLIVER W. McDANIEL, D.C. BAR # 377360
                                    Assistant United States Attorney
                                    Civil Division
                                    555 Fourth Street, N.W.
                                    Washington, D.C.  20530
                                    (202) 616-0739

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TYRONE G. BARNEY,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **Civil Action No. 08-0986 (CKK)** |
| | ) | |
| **HENRY M. PAULSON, JR.** | ) | |
| **Secretary of the Treasury,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

Upon consideration of Defendant's Consent Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Consent Motion for an Extension of Time to File an Answer or Other Response to the Complaint be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including September 9, 2008, to file an Answer or other response to the Complaint.

Date this _____ day of _____, 2008.


_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530


Robert C. Seldon, Esq.
ROBERT C. SELDON & ASSOCIATES, PC
1319 F Street, NW
Suite 200
Washington, DC 20004