UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYRONE G. BARNEY,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil Action No. 08-0986 (CKK) |
| ) | |
| **HENRY M. PAULSON, JR.** ) | |
| Secretary of the Treasury, ) | |
| ) | |
| **Defendant.** ) | |

**CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE AN ANSWER OR
OTHER RESPONSE TO THE COMPLAINT**

The Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a second extension of time within which to file a response to the Complaint, from September 9, 2008, up to and including September 30, 2008. Counsel for the Plaintiff, Robert C. Seldon, has graciously consented to this motion. As grounds for this motion, Defendant submits the following.

Counsel for the Defendant needs more time to obtain additional information necessary to formulate a response in this case. Preliminary investigation has revealed additional areas of inquiry that Counsel must pursue in order to make a more definitive determination as to what defenses may be available. In addition to the time necessary to conduct the inquiry, agency counsel assigned to this matter needs time because other pressing agency matters have limited the time she would have had to gather all needed information. Moreover, Counsel for the Defendant's demanding litigation schedule as well necessitates this request for an extension of time. Specifically, Counsel is scheduled to present oral argument to the U.S. Court of Appeals for the District of Columbia Circuit on Monday, September 8, 2008 in <u>Kaemmerling v. Lappin</u>, Appeal No. 07-5065. Additionally,

Counsel for Defendant has had a number of time-consuming litigation demands, including discovery in <u>Johnson v. District of Columbia, et al.</u>, 02-2364 (RMC) (a class action suit against the U.S. Marshals Service) and <u>Gard v. Department of Education</u>, 00-1096 (PLF/DAR).  Counsel has had to finalize a Stipulation of Settlement in  <u>Jeffers v. Chao</u>, C.A. No. 03-1762 (RMC).  Counsel is also actively involved in mediation sessions in  <u>Kriesch v. Schafer</u>, C.A. No. 05-2402 (RMC), <u>Gilbert v. Chertoff</u>, C.A. No. 05-2128 (RJL), and <u>Obrycki v. Doan</u>, C.A. No. 05-0857 (RWR).  These and other personal and professional responsibilities of Counsel for the Defendant necessitate this requested extension.  Accordingly, Defendant submits that above-stated grounds constitute good cause for this requested extension of time until September 30, 2008.

WHEREFORE, Defendant submits that this consent motion for an extension of time up to and including September 30, 2008, to file a response to the Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610


By: _____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

Counsel for Defendant

September 5, 2008